UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE LYLE, | ) Case No. CV 09-9179-SJO(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| HOLLENCHICK, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the action is DISMISSED without prejudice for lack of jurisdiction.

DATE: 12-21-09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-9179.jud
12/17/09